In the Matter of the Arbitration between A. M. PERLMAN, INC., Appellant, and RAYCREST MILLS, INC., Respondent.

In the Matter of the Arbitration between RAYCREST MILLS, INC., Respondent, and A. M. PERLMAN, INC., Appellant.

Submitted April 13, 1953; decided April 23, 1953.

*Max M. Hirson,* in person, and *Stanley N. Ohlbaum* for motion. *Menahem Stim* and *Joseph D. Stim* opposed.

Motion, insofar as it seeks leave to appeal, denied upon the ground that an appeal has been properly taken as of right. In all other respects motion denied.